# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CORY HIER,** ) | **CASE NO. 4:06CV2173** |
| ) | |
| **PLAINTIFF,** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.** ) | |
| ) | |
| **T. R. SNIEZEK, WARDEN,** ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| **DEFENDANT.** ) | |
| ) | |

Plaintiff, Cory Hier ("Plaintiff") filed a complaint alleging violations of his civil rights and demanding this Court issue a temporary restraining order against Defendant, T.R. Sniezek and Dr. Scott DoDrill, regional director of the Federal Bureau of Prisons. (Dkt. # 1). On December 5, 2006, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for general pre-trial supervision. (Dkt. # 7). On January 9, 2007 Magistrate Judge Gallas issued an Interim Report and Recommendation recommending that Hier's request for a temporary restraining order be denied. (Dkt. # 9).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such

objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 9) is hereby **ADOPTED**. Plaintiff's request for a temporary restraining order is **DENIED**. (Dkt. # 1).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - January 30, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**