**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CORY HIER,** | ) | **CASE NO.  4:06CV2173** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **T. R. SNIEZEK, WARDEN,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

Plaintiff, Cory Hier ("Plaintiff") filed a complaint alleging violations of his civil rights against T.R. Sniezek, Warden. (Dkt. # 1). On December 5, 2006, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for general pre-trial supervision. (Dkt. # 7). Defendant Sniezek filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on February 15, 2007. (Dkt. # 13). On March 6, 2007, Magistrate Judge Gallas issued an Interim Report and Recommendation recommending that Defendant Sniezek's motion to dismiss be granted and the matter be dismissed for failure to state a claim on which relief can be granted. (Dkt. # 16). The Magistrate Judge further recommended that judgment be entered in favor of Defendant Sniezek. (Dkt. # 16).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 16) is hereby **ADOPTED**. Accordingly, Defendant's motion to dismiss is **GRANTED** (Dkt. # 13)  this case is **DISMISSED**.


**IT IS SO ORDERED**.

>**/s/ Peter C. Economus - March 26, 2007**
>**PETER C. ECONOMUS**
>**UNITED STATES DISTRICT JUDGE**